**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 00-7747**

WENDELL M. BEARD,

Plaintiff - Appellant,

versus

THOMAS CORCORAN, Warden; PATRICK CONROY, War-
den; WILLIAM W. SONDERVAN,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CA-00-753-JFM)

Submitted:  February 23, 2001      Decided:  April 3, 2001

Before WIDENER, WILKINS, and LUTTIG, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Wendell M. Beard, Appellant Pro Se.  Gloria Wilson Shelton, OFFICE
OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Wendell M. Beard appeals the district court's order granting summary judgment and denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint.  We have reviewed the record and the district's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  Beard v. Corcoran, No. CA-00-753-JFM (D. Md. Nov. 27, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED